IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD RODRIGUEZ-ISONA**, | : | CIVIL ACTION NO. 1:08-CV-0403 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **GOVERNOR EDWARD G. RENDELL** and **JEFFREY A. BEARD**, | : | |
| **Defendants** | : | |

**O R D E R**

AND NOW, this 17th day of March, 2008, upon consideration of *pro se* plaintiff's motion (Doc. 6), requesting permission to appear in person to object to the report and recommendation of the magistrate judge (Doc. 5), and it appearing that plaintiff has not yet availed himself of the opportunity to file written objections to the report and recommendation, it is hereby ORDERED that:

1. The motion (Doc. 6) is DENIED.

2. Plaintiff shall be permitted to file written objections to the report and recommendation on or before March 27, 2008.

        /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge